**Order entered November  23, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00460-CV

### IN RE MARK DEMATTIA, Relator

**Original Proceeding from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-04107-2020**

### ORDER
Before Justices Schenck, Nowell, and Garcia

Based on the Court's opinion of this date, relator's petition for writ of mandamus is **DENIED**.

/s/     ERIN A. NOWELL
JUSTICE